**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHARLES ALENDER RAMSEY,

    Plaintiff,

v.                                                    Case No. 3:10-cv-238-J-32MCR

G. FIELDS, etc.; et al.,

    Defendants.

**ORDER**

Upon review, it is hereby

**ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. #53), to which no objections have been filed, is hereby **adopted** as the opinion of the Court.

2.    The City of Jacksonville is dismissed from this action because the claims against this Defendant are frivolous.

3.    Plaintiff's claim of abuse of the elderly and his due process and equal protection claims are dismissed as frivolous.

4.    Defendant Gregory Fields' Dispositive Motion for Summary Judgment and Memorandum of Law (Doc. #41) and Defendant Sheriff John Rutherford's Dispositive Motion for Summary Judgment and Memorandum of Law (Doc. #42) are **GRANTED** with respect to Plaintiff's remaining claims.

5. Sheriff John Rutherford's Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. #36) and Defendant G. Fields' Motion for More Definite Statement (Doc. #37) are **DENIED AS MOOT**.

6. The Clerk shall enter Judgment in favor of Defendants Fields and Rutherford and against Plaintiff.

7. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 8th day of January, 2013.

TIMOTHY J. CORRIGAN
United States District Judge

ps 12/27
c:
Charles Alender Ramsey
Counsel of Record